UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-148-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER ON MOTION TO RETURN |
| v. | ) | PROPERTY BY CONSENT |
| | ) | |
| TASHAWN ARMSTRONG, | ) | |
| Defendant. | ) | |

COMES NOW this matter upon oral motion at sentencing for return of property. Counsel for the Defendant and Government advise the Court that they agree the property seized from defendant is not subject to a forfeiture action, and should be returned. The parties have agreed the property to be returned includes all property seized at the traffic stop, including wallet and all contents, currency, cards; jewelry including watch [if any], diamond wedding band, square earrings, gold chain; and that cell phones belonging to defendant MAY NOT be returned until all cases related are resolved, and then law enforcement may return them upon request consistent with this Order; further, no contraband is to be returned and will be destroyed.

FOR GOOD CAUSE SHOWN, the Court will hereby therefore enter its ORDER allowing return of all property seized in this matter to be immediately delivered to defendant's counsel upon production of this order to Nash County Deputy Phillip Lewis or anyone in actual possession.

IT IS SO ORDERED.

THIS the 17th day of January 2018.

MALCOLM J. HOWARD
Senior United States District Judge