IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-148-1H

TASHAWN ARMSTRONG,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on defendant's motion to reduce sentence, [DE #95]. For lack of good cause shown, this motion is hereby DENIED. Additionally, the court instructs defendant the court is unable to render legal advice.

SO ORDERED.

This 17th day of January 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35